## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| COMMSCOPE TECHNOLOGIES LLC | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 0:17-cv-00307 (PJS/BRT) |
| CLEARFIELD, INC., | ) ) | |
| Defendant. | ) | |

## **STIPULATION OF DISMISSAL**

The parties, having stipulated to a dismissal without prejudice of all claims and counterclaims in the above-captioned matter, hereby dismiss all claims and counterclaims in the above-captioned matter without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

1

Stipulated to:

Date:  February 19, 2018

/s/   Phillip P. Caspers
Phillip P. Caspers (#192569)
Timothy A. Lindquist (#245318)
Joseph W. Winkels (#349707)
Matthew J. Goggin (#210705)
Caroline L. Marsili (#396595)
CARLSON, CASPERS, VANDENBURGH,
LINDQUIST & SCHUMAN, P.A.
225 South Sixth Street, Suite 4200
Minneapolis, MN 55402
Telephone: (612) 436-9600
Facsimile: (612) 436-9605
Email: pcaspers@calsoncapers.com
Email: tlindquist@carlsoncaspers.com
Email: jwinkels@carlsoncaspers.com
Email: mgoggin@carlsoncaspers.com
Email: cmarsili@carlsoncaspers.com

*Attorneys for Plaintiff,CommScope Technologies LLC*

Date:  February 19, 2018

/s/  Mark R. Privratsky
Mark R. Privratsky (#275104)
BALLARD SPAHR LLP
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 371-3211
Facsimile: (612) 371-3207
Email: privratskym@ballardspahr.com

William D. Belanger (*pro hac vice*)
Alison L. McCarthy (*pro hac vice*)
David M. Magee (*pro hac vice*)
Caleb H. Hogan (*pro hac vice*)
PEPPER HAMILTON, LLP
125 High Street
Boston, MA 02110
Telephone: (617) 204-5100
Facsimile: (617) 204-5150
Email: belangew@pepperlaw.com
Email: mccartha@pepperlaw.com
Email: mageed@pepperlaw.com
Email: hoganc@pepperlaw.com

*Attorneys for Defendant, Clearfield, Inc.*